TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
LUCIA X. ROIBAL (CA SBN 306721)
LRoibal@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ADAM J. HUNT, *pro hac vice*
AdamHunt@mofo.com
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
(212) 336-4341
(212) 468-7900 (fax)

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and RASIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRIDMAN, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>    Defendants. | Case No. 4:18-cv-02815-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed: May 13, 2018 |
| LUCIUS MANNING,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 4:18-cv-02931-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed: May 18, 2018 |

Defendants Uber Technologies, Inc. and Rasier, LLC ("Defendants" or "Uber"), by and through their undersigned counsel, and Plaintiffs Michael Fridman, Danny Reznick Fridman, Jake Lechner, and Lucius Manning (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby stipulate pursuant to Local Rule 6-2 to request that the Court continue until September 4, 2018 the Case Management Conference ("CMC") that is currently scheduled for August 21, 2018 in *Fridman, et al. v. Uber Technologies, Inc. and Rasier, LLC*, No. 4:18-cv-02815-HSG (N.D. Cal. filed May 13, 2018) ("*Fridman*"), and *Manning v. Uber Technologies, Inc.*, No. 4:18-cv-02931-HSG (N.D. Cal., filed May 18, 2018) ("*Manning*").

Pursuant to Local Rule 6-2(a)(1), the parties request that the CMC be postponed because counsel for Defendants is scheduled to be on vacation on August 21, the date on which the CMC in *Fridman* and *Manning* is currently scheduled. In light of the Court's Standing Order for Civil Cases, the parties have conferred about the next Tuesday on which all parties would be available for a case management conference. The parties agreed to request a continuance of the CMC to September 4, the next Tuesday on which all counsel are available.

Pursuant to Local Rule 6-2(a)(2), the parties state that they previously stipulated pursuant to Local Rule 6-1(a) to extend the response deadline in *Fridman* to July 13, 2018 and to extend the response deadline in *Manning* to July 20, 2018. On July 6, 2018, the Court granted Defendants' motion to relate the above-captioned cases. On July 13, 2018, the parties stipulated to extend the response deadlines in both cases to July 27, 2018.

Pursuant to Local Rule 6-2(a)(3), the parties state that adjourning the CMC to September 4, 2018 will not affect any other deadlines set by the Court in this case.

Accordingly, the parties respectfully request that the Court continue the CMC from August 21, 2018 to September 4, 2018 at 2:00 p.m.

Respectfully submitted,

Dated: July 13, 2018

TIFFANY CHEUNG
ADAM J. HUNT, *pro hac vice*
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP


By: */s/ Tiffany Cheung*
    TIFFANY CHEUNG

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
RASIER, LLC


Dated: July 13, 2018

DAVID S. RATNER
DAVID RATNER LAW FIRM, LLP

AVI R. KAUFMAN
KAUFMAN P.A.


By: */s/ Avi R. Kaufman*
    AVI R. KAUFMAN

Attorneys for Plaintiffs MICHAEL FRIDMAN, DANNY REZNICK FRIDMAN, JAKE LECHNER, AND LUCIUS MANNING

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE. In compliance with Civil Local Rule 5-1(i), I hereby attest that Avi Kaufman, counsel for Plaintiff, has concurred in this filing.

Dated: July 13, 2018                                      */s/ Tiffany Cheung*
                                                                                             TIFFANY CHEUNG

2

STIPULATION AND ORDER TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE
CASE NOS. 4:18-CV-02815-HSG, 4:18-CV-02931-HSG

ny- 1334315

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 16, 2018

_Haywood S. Gilliam, Jr._
Honorable Haywood S. Gilliam, Jr.
United States District Court