```
 1  TIFFANY CHEUNG (CA SBN 211497)
    TCheung@mofo.com
 2  LUCIA X. ROIBAL (CA SBN 306721)
    LRoibal@mofo.com
 3  MORRISON & FOERSTER LLP
    425 Market Street
 4  San Francisco, California  94105-2482
    Telephone: 415.268.7000
 5  Facsimile: 415.268.7522

 6  Attorneys for Defendants
    UBER TECHNOLOGIES, INC. AND
 7  RASIER, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL FRIDMAN, et al., | Case No. 4:18-cv-02815-HSG |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF TIFFANY CHEUNG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| UBER TECHNOLOGIES, INC. and RASIER, LLC, | |
| Defendants. | Judge:  Hon. Haywood S. Gilliam, Jr.<br>Action Filed: May 13, 2018 |
| LUCIUS MANNING, | Case No. 4:18-cv-02931-HSG |
| Plaintiff, | |
| v. | **DECLARATION OF TIFFANY CHEUNG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | Judge:  Hon. Haywood S. Gilliam, Jr.<br>Action Filed: May 18, 2018 |

I, Tiffany Cheung, declare as follows:

I am a partner in the law firm of Morrison & Foerster LLP, counsel for Defendants Uber Technologies, Inc. and Rasier, LLC. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, I could and would testify competently to the matters set forth herein.

1. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint, ECF No. 1, filed in *Vario v. Uber Technologies, Inc.*, No. 3:18-cv-03829-RS (N.D. Cal., filed June 27, 2018) ("*Vario*").

2. On July 26, 2018, an attorney at my firm contacted counsel for plaintiff in *Vario* to confer about whether plaintiff would stipulate to this motion. As of the time of this filing, the parties have not reached an agreement on a stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California on this 3rd day of August, 2018.

*/s/ Tiffany Cheung*
TIFFANY CHEUNG