TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
LUCIA X. ROIBAL (CA SBN 306721)
LRoibal@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ADAM J. HUNT, *pro hac vice*
AdamHunt@mofo.com
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.336.4341
Facsimile: 212.468.7900

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER,
LLC, AND PORTIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRIDMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 4:18-cv-02815-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: May 13, 2018 |
| LUCIUS MANNING and WANDA ROGERS,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:18-cv-02931-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: May 18, 2018 |

1      Before the Court is an administrative motion, pursuant to Local Rules 6-3 and 7-11, to continue the Case Management Conference, presently set for September 4, 2018, to a date after October 2, 2018 that is convenient for the Court.

     Having considered the parties' submissions and arguments in support of and/or in opposition to the motion, the Court hereby continues the September 4, 2018 Case Management Conference (including all deadlines based on the CMC), to October 23, 2018.

     IT IS SO ORDERED.

Dated: August 22, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE