TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
LUCIA X. ROIBAL (CA SBN 306721)
LRoibal@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ADAM J. HUNT, *pro hac vice*
AdamHunt@mofo.com
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
(212) 336-4341
(212) 468-7900 (fax)

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, AND PORTIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRIDMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> RASIER, LLC, and PORTIER, LLC, <br><br> Defendants. | Case No. 4:18-cv-02815-HSG <br><br> **DECLARATION OF GREG DIMATTINA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AS TO MICHAEL FRIDMAN AND DANNY GESEL REZNIK FRIDMAN, AND TO STAY THE ACTION, INCLUDING JAKE LECHNER'S CLAIM** <br><br> Judge:    Hon. Haywood S. Gilliam, Jr. <br> Complaint Filed:    May 13, 2018 |

I, GREG DIMATTINA, hereby declare as follows:

1. I am an adult over the age of 18 and a resident of the District of Columbia. The information set forth herein is true and correct of my own personal knowledge (unless otherwise stated) and if asked to testify thereto, I would do so competently.

2. I am currently employed as a Central Operations Lead at the Washington D.C. office of Uber Technologies, Inc. ("Uber"). I have been employed by Uber since May 2014, and have worked as a Central Operations Lead since March 2018. In that role, I lead Uber's Driver Onboarding team within the United States' and Canada's Central Operations and consult with operations teams throughout the country regarding many facets of Uber's operations. I have comprehensive personal knowledge of Uber's business model, as well as the operations of Uber's wholly-owned subsidiaries, Rasier, LLC ("Rasier") and Portier, LLC ("Portier").

### The Uber App and the Rasier Agreement

3. Uber is a technology company that, among other things, offers a smartphone application for riders ("Uber Rider App") and a smartphone application for transportation providers (the "Uber Driver App") that together facilitate connections between riders looking for transportation and independent transportation providers looking for riders. Uber charges a service fee to transportation providers for their use of the Uber App. The Uber Rider and Driver Apps are available in over 175 cities across the country.

4. Before using the Uber Driver App to receive ride requests, independent transportation providers must go through a certain process to sign up, including agreeing to certain documents. As a Senior Central Operations Manager for Uber, I have personal knowledge of the process individual transportation providers must go through in order to use the Uber Driver App to receive requests for rides from riders that are using the Uber Rider App. I also have access to Uber's business records reflecting the identity of independent transportation providers that use the Uber Driver App. These records are maintained in the regular course of Uber's business and are regularly updated as transportation providers join and leave the system, at or very near the time the transportation providers join or leave the system.

5.      Any non livery-licensed independent transportation provider who wishes to use the Uber Driver App to receive requests made by riders must first enter into a Technology Services Agreement with Rasier or a related entity (the "Rasier Agreement").

6.      In order to enter into the Rasier Agreement, a transportation provider must first login to the Uber Driver App using a unique username (the transportation provider's email address) and password selected by the transportation provider to create an Uber account. The transportation provider personally selects the unique username and password, and the transportation provider's account can only be accessed by inputting that unique username and password.  (The transportation provider can use the reset password feature within the App.  To reset the password, the transportation provider would be required to input the email address associated with his/her account, and a link to reset his/her password would be sent to the transportation provider's email address.)  After logging in to his or her account, he/she is given the opportunity to review the Agreement by clicking a hyperlink presented on the screen within the Uber App.  At the top of this screen, the App states the following: "To go online, you must review all the documents below and agree to the contracts below."

7.      For the December 10, 2015 Rasier Agreement, the hyperlink was entitled "RASIER Technology Services Agreement December 10 2015."  Clicking the link opens the Rasier Agreement, which can be reviewed beginning to end on the screen by scrolling through. Transportation providers are free to spend as much time as they wish reviewing the Rasier Agreement. To advance past the screen that contains the link to the document, the transportation provider has to click "YES, I AGREE" to the Rasier Agreement.  Directly above "YES I AGREE," the App states the following:  "By clicking below, you represent that you have reviewed all the documents above and that you agree to all the contracts above."  A true and correct copy of this "YES, I AGREE" screenshot showing the link to the December 10, 2015 Rasier Agreement is attached as **Exhibit A** hereto.

8.      After clicking "YES, I AGREE," a transportation provider is next prompted to confirm acceptance a second time.  On the second screen, the App states the following: "PLEASE

2

CONFIRM THAT YOU HAVE REVIEWED ALL THE DOCUMENTS AND AGREE TO ALL THE NEW CONTRACTS." A true and correct copy of this confirmation screenshot is attached as **Exhibit B** hereto.

9.      After clicking "YES, I AGREE" a second time, the December 10, 2015 Rasier Agreement is sent to the transportation provider's Driver Portal (described below), where he/she can access the agreement to review at his/her leisure any time, either online or by printing a copy.

10.      When a transportation provider agrees to the Technology Services Agreement as described above, an electronic receipt is generated at the time the transportation provider agrees. The receipt includes a date and timestamp establishing when the transportation provider accepted the agreement.  More specifically, these receipts are only generated by someone using their unique username and password and hitting "YES, I AGREE" twice (the same process described above) when prompted by the Uber Driver App.  These electronic receipts are maintained in the regular course of Uber's business, are records of regularly conducted activity, and are updated automatically as transportation providers agree to these documents.  I believe that these records are accurate and reliable.  These records can be accessed by various Uber employees.

11.      Transportation providers who sign up to use the Uber Driver App are given access to an online "Driver Portal."  The Driver Portal displays information particular to each transportation provider and also generally includes access to the applicable contracts entered into by any given transportation provider via hyperlink.  The Driver Portal is accessible online to transportation providers at all times.  They may access the information by logging into their Uber account using their unique username and password by using the Internet on a computer, tablet, smartphone, or similar device.

I declare under penalty of perjury under the laws of the United States of America, the State of California, and the District of Columbia that the foregoing is true and correct.

Executed in Washington, D.C., this 27 day of July, 2018.

GREG DIMATTINA

3

# Exhibit A



●●○○○ Sprint Wi-Fi 🛜          9:25 PM          ◔ ⏲ ▭ ⚡

SIGN OUT          **TERMS AND CONDITIONS**

TO GO ONLINE, YOU MUST REVIEW ALL THE
DOCUMENTS BELOW AND AGREE TO THE CONTRACTS
BELOW.

RASIER Technology Services Agreement December 10 2015 ›

Service Fee Schedule ›

P2P Addendum - Florida - 9 ›

By clicking below, you represent that you have reviewed all the
documents above and that you agree to all the contracts above.

**YES, I AGREE**

# Exhibit B

