TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
LUCIA X. ROIBAL (CA SBN 306721)
LRoibal@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ADAM J. HUNT, *pro hac vice*
AdamHunt@mofo.com
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
(212) 336-4341
(212) 468-7900 (fax)

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, AND PORTIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRIDMAN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and PORTIER, LLC,<br><br>　　　　　　Defendants. | Case No. 4:18-cv-02815-HSG<br><br>**DECLARATION OF PATRICK FLANAGAN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AS TO MICHAEL FRIDMAN AND DANNY GESEL REZNIK FRIDMAN, AND TO STAY THE ACTION, INCLUDING JAKE LECHNER'S CLAIM**<br><br>Judge:　Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed:　May 13, 2018 |

I, Patrick Flanagan, hereby declare as follows:

1. I am an adult over the age of 18 and a resident of New York. The information set forth herein is true and correct of my own personal knowledge (unless otherwise stated) and if asked to testify thereto, I would do so competently.

2. I am currently employed as a Senior Central Operations Manager in New York office of Uber Technologies, Inc. ("Uber"). I have been employed by Uber since June 2014. I lead the delivery partner onboarding team for the U.S. and Canada. I have comprehensive personal knowledge of Uber's business model, as well as the operations of Uber's wholly-owned subsidiary, Portier, LLC ("Portier").

3. Uber is a technology company that, among other things, offers technology that enables users and merchants to arrange for the delivery of goods by independent delivery partners through the Uber Driver App.

4. Before using the Uber Driver App to transport goods, independent delivery partners must go through a certain process to sign up, including agreeing to certain documents. As a Senior Central Operations Manager for Uber, I have personal knowledge of the process independent delivery partners must go through in order to use the Uber Driver App. I also have access to Uber's business records reflecting the identity of independent delivery partners that use the Uber Driver App. These records are maintained in the regular course of Uber's business and are regularly updated as delivery partners join and leave the system, at or very near the time the delivery partners join or leave the system.

5. Any independent delivery partner who wishes to use the Uber Driver App must first enter into a Technology Services Agreement with Portier ("Portier Agreement").

6. In order to enter into the Portier Agreement, a delivery partner must first login to the Uber Driver App using a unique username (the delivery partner's email address) and password selected by the delivery partner to create an Uber account. The delivery partner personally selects the unique username and password, and the delivery partner's account can only be accessed by inputting that unique username and password. (The delivery partner can use the reset password feature within the App. To reset the password, the delivery partner would be

required to input the email address associated with his/her account, and a link to reset his/her password would be sent to the delivery partner's email address.) After logging in to his or her account, the delivery partner is given the opportunity to review the Agreement by clicking a hyperlink presented on the screen within the Uber Driver App. At the top of this screen, the App states the following: "Please review and agree to the documents below."

7. For the August 26, 2016 Portier Agreement, the hyperlink was entitled "PORTIER Services Agreement August 31 2016." Clicking the link opened the Portier Agreement, which can be reviewed beginning to end on the screen by scrolling through. Delivery partners are free to spend as much time as they wish reviewing the Portier Agreement. To advance past the screen that contains the link to the document, the delivery partner has to click "YES, I AGREE" to the Portier Agreement. Directly above "YES I AGREE," the App states the following: "By clicking below, you represent that you have reviewed all the documents above and that you agree to all the contracts above." A true and correct copy of this "YES, I AGREE" screenshot showing the link to the August 26, 2016 Portier Agreement is attached as **Exhibit A** hereto.

8. After clicking "YES, I AGREE," a delivery partner is next prompted to confirm acceptance a second time. On the second screen, the App states the following: "PLEASE CONFIRM THAT YOU HAVE REVIEWED ALL THE DOCUMENTS AND AGREE TO ALL THE NEW CONTRACTS." A true and correct copy of this confirmation screenshot is attached as **Exhibit B** hereto.

9. After clicking "YES, I AGREE" a second time, the August 26, 2016 Portier Agreement was sent to the delivery partner's Driver Portal (described below), where he/she could access the agreement to review at his/her leisure any time, either online or by printing a copy.

10. When a delivery partner agrees to the Portier Services Agreement as described above, an electronic receipt is generated at the time the delivery partner agrees. The receipt includes a date and timestamp establishing when the delivery partner accepted the agreement. More specifically, these receipts are only generated by someone using his/her unique username and password and hitting "YES, I AGREE" twice (the same process described above) when prompted by the Uber Driver App. These electronic receipts are maintained in the regular course

of Uber's business, are records of regularly conducted activity, and are updated automatically as delivery partners agree to these documents. I believe that these records are accurate and reliable. These records can be accessed by various Uber employees.

11. Delivery partners who sign up to use the Uber Driver App are given access to an online "Driver Portal." The Driver Portal displays information particular to each delivery partner and also generally includes access to the applicable contracts entered into by any given delivery partner via hyperlink. The Driver Portal is accessible online to delivery partners at all times. They may access the information by logging into their Uber account using their unique username and password by using the Internet on a computer, tablet, smartphone, or similar device.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, NY, this 26th day of July, 2018.

*/s/ Patrick Flanagan/*
PATRICK FLANAGAN

# Exhibit A



# Exhibit B

