UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIUS MANNING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-02931-HSG<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE**<br><br>Re: Dkt. No. 39 |
| CARLA VARIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-03829-HSG<br><br>Re: Dkt. No. 33 |
| SHELTON BOLLINGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-04538-HSG<br><br>Re: Dkt. No. 19 |

GOOD CAUSE appearing, the cases captioned *Lucius Manning v. Uber Technologies, Inc.*, Case No. 4:18-cv-02931-HSG; *Carla Vario v. Uber Technologies, Inc.*, Case No. 4:18-cv-03829-HSG; and *Shelton Bollinger v. Uber Technologies, Inc.*, Case No. 4:18-cv-04538-HSG, are hereby consolidated for all pretrial and trial proceedings. The earliest-filed civil action, Case No.

4:18-cv-02931-HSG, shall serve as the lead case. The clerk is directed to administratively close the later-filed civil actions, Case Nos. 4:18-cv-03829-HSG and 4:18-cv-04538-HSG. All future filings should be done in the lead case (Case No. 4:18-cv-02931-HSG) only and should be captioned "In Re Uber Text Messaging."

This order of consolidation also applies to any other cases that are subsequently filed in, removed to, or transferred to this Court involving the same or substantially similar issues of law and fact as *In Re Uber Text Messaging*.

A Consolidated Complaint shall be filed within seven (7) days after the Court issues this order.

The current deadlines for Uber to respond to the *Manning* complaint is vacated.

Uber shall have twenty-eight (28) days to respond to the Consolidated Complaint after it is filed, Plaintiffs shall have twenty-one (21) days to file an opposition to Uber's responsive motion, and Uber shall have fourteen (14) days to file its reply in support of its responsive motion.

The Initial Case Management currently set in the *Manning* action shall be continued to December 11, 2018 at 2:00pm.

Kaufman PA, Woodrow & Peluso LLC, and Girard Gibbs LLP shall serve as interim lead Plaintiffs' counsel in the Consolidated Actions. Counsel of record from any of these three firms will have authority to represent the Plaintiffs in the Consolidated Actions.

The Clerk is directed to e-file this order in *Michael Fridman, et al. v. Uber Technologies, Inc., et al.*, Case No. 18-cv-02815-HSG. The parties shall coordinate on any discovery that overlaps between the Consolidated Actions and the *Fridman* action to avoid duplicative discovery and to maximize efficiency.

**IT IS SO ORDERED.**

Dated: 9/27/2018

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge