David S. Ratner, Esq.

David Ratner Law Firm, LLP

david@davidratnerlawfirm.com

33 Julianne Court

Walnut Creek, CA 94595

Telephone: (917) 900-2868

Fax: (925) 891-3818

*Attorney for Plaintiffs and the Classes*

[Additional counsel appearing on signature page]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL FRIDMAN, et al.,** | **Case No. 4:18-cv-02815-HSG** |
| **Plaintiffs,** | **ORDER GRANTING STIPULATION EXTENDING TIME WITHIN WHICH TO RESPOND AND REPLY TO MOTION TO COMPEL ARBITRATION AND TO STAY** |
| v. | |
| **UBER TECHNOLOGIES, INC., et al.,** | |
| **Defendants.** | |
| | **Judge:** Hon. Haywood S. Gilliam, Jr. |
| | **Complaint Filed:** May 13, 2018 |

**ORDER**

This matter is before the Court on the parties' Stipulation Extending Time to Respond and Reply to Motion to Compel Arbitration and to Stay. The Court, having considered the parties' Stipulation, finds good cause in support thereof.

Accordingly, IT IS HEREBY ORDERED:

Plaintiff's deadline to respond to the motion to compel arbitration and to stay shall be on Friday, October 5, 2018.

Defendant's deadline to reply to the motion to compel arbitration and to stay shall be on Friday, October 19, 2018.

**IT IS SO ORDERED.**

DATED: October 1, 2018

Honorable Haywood S. Gilliam, Jr.
United States District Judge