David S. Ratner, Esq. (SBN 316267)
David Ratner Law Firm, LLP
david@davidratnerlawfirm.com
33 Julianne Court
Walnut Creek, CA 94595
Telephone: (917) 900-2868
Facsimile: (925) 891-3818
*Attorney for Plaintiffs and the Classes*

[Additional counsel appearing on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL FRIDMAN, DANNY GESEL REZNIK FRIDMAN**, and **JAKE LECHNER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.**, a Delaware corporation, **RASIER, LLC**, a Delaware limited liability company, and **PORTIER, LLC**, a Delaware limited liability company,<br><br>*Defendants.* | Case No. 4:18-cv-02815-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STAY**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | Plaintiffs Michael Fridman, Danny Gesel Reznik Fridman, and Jake Lechner |
| 2 | ("Plaintiffs") and Defendants Uber Technologies, Inc., Rasier, LC, and Portier, LLC |
| 3 | ("Defendants") stipulate and agree as follows, and request entry of the below proposed order |
| 4 | approving their stipulation. |
| 5 | WHEREAS, on September 14, 2018, Defendants filed a Motion to Compel Arbitration as |
| 6 | to Plaintiffs Michael Fridman and Danny Gesel Reznik Fridman, and to Stay the Action, |
| 7 | Including Jake Lechner's Claim, and noticed a hearing on the motion for December 20, 2018 |
| 8 | (Dkt. No. 49); |
| 9 | WHEREAS, the parties appeared for a Case Management Conference in this case on |
| 10 | October 23, 2018; |
| 11 | WHEREAS, on October 23, 2018, the Court issued a minute entry stating that "no case |
| 12 | schedule will be set until a motion to stay has been e-filed and resolved by the Court," and that |
| 13 | "the parties are encouraged to meet and confer to discuss stipulating to an expedited briefing |
| 14 | schedule" on Defendants' anticipated Motion to Stay the Proceedings pending a decision on |
| 15 | Defendants' September 14, 2018 Motion to Compel Arbitration and to Stay the Action (Dkt. No. |
| 16 | 60); |
| 17 | WHEREAS, pursuant to the Court's direction, the parties have met and conferred |
| 18 | regarding an expedited briefing schedule on Defendants' Motion to Stay the Proceedings |
| 19 | pending resolution of Defendants' Motion to Compel Arbitration and Stay the Action. |

# STIPULATION

THEREFORE, the parties hereby stipulate to and request entry of the following briefing schedule on Defendants' motion to stay:

| Filing/Event | Deadline |
| --- | --- |
| Defendants' Motion to Stay the Proceedings | October 31, 2018 |
| Plaintiffs' Opposition to Defendants' Motion to Stay the Proceedings | November 9, 2018 |
| Defendants' Reply in Support of Their Motion to Stay the Proceedings | November 16, 2018 |
| Hearing on Defendants' Motion to Stay the Proceedings | If the Court believes it would be helpful to set a hearing on this motion, the parties request that the Court set a hearing date at the Court's earliest convenience. |

Dated: October 29, 2018

Respectfully submitted,

By:    /s/ *David S. Ratner*

David S. Ratner, Esq. (SBN 316267)
David Ratner Law Firm, LLP
33 Julianne Court
Walnut Creek, CA 94595
Telephone: (917) 900-2868
Fax: (925) 891-3818
Email: david@davidratnerlawfirm.com

Avi R. Kaufman*
Kaufman P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

| | | |
|---|---|---|
| 1 | | Stefan Coleman* |
| 2 | | Law Offices of Stefan Coleman, P.A. |
| | | 201 South Biscayne Blvd, 28th Floor |
| 3 | | Miami, Florida 33131 |
| | | Telephone: (877) 333-9427 |
| 4 | | Fax: (888) 498-8946 |
| 5 | | Email: law@stefancoleman.com |
| 6 | | *Counsel for Plaintiffs Fridman, Reznik, and Lechner, and all others similarly situated* |
| 7 | | |
| | | *Admitted *pro hac vice* |
| 8 | | |
| 9 | Dated: October 29, 2018 | By:  /s/   Tiffany Cheung |
| | | Tiffany Cheung |
| 10 | | Lucia X. Roibal |
| 11 | | Morrison & Foerster LLP |
| | | 425 Market Street |
| 12 | | San Francisco, California 94105 |
| | | Telephone:  (415) 268-7315 |
| 13 | | Facsimile:  (415) 268-7522 |
| 14 | | tcheung@mofo.com |
| | | lroibal@mofo.com |
| 15 | | |
| 16 | | Adam J. Hunt, *pro hac vice* |
| 17 | | Morrison & Foerster LLP |
| | | 250 West 55th Street |
| 18 | | New York, New York 10019-9601 |
| | | Telephone: (212) 336-4341 |
| 19 | | Facsimile: (212) 468-7900 |
| 20 | | AdamHunt@mofo.com |
| 21 | | *Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, and Portier, LLC* |

**ATTESTATION**

I, Tiffany Cheung, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion to Stay. I attest under penalty of perjury that concurrence in this filing has been obtained from all signatories above.

Dated: October 29, 2018 /s/ Tiffany Cheung

**ORDER**

This matter is before the Court on the Parties' Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion to Stay. The Court, having considered the parties' Stipulation, adopts the following briefing schedule on Defendants' motion to stay:

| Filing/Event | Deadline |
|---|---|
| Defendants' Motion to Stay the Proceedings | October 31, 2018 |
| Plaintiffs' Opposition to Defendants' Motion to Stay the Proceedings | November 9, 2018 |
| Defendants' Reply in Support of Their Motion to Stay the Proceedings | November 16, 2018 |
| Hearing on Defendants' Motion to Stay the Proceedings | If the Court believes it would be helpful to set a hearing on this motion, the parties request that the Court set a hearing date at the Court's earliest convenience. |

**IT IS SO ORDERED.**

DATED: October 30, 2018

Honorable Haywood S. Gilliam, Jr.
United States District Judge