United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRIDMAN, et al., <br> Plaintiffs, <br> v. <br> UBER TECHNOLOGIES, INC., et al., <br> Defendants. | Case No. 18-cv-02815-HSG <br><br> **ORDER GRANTING MOTION TO STAY THE ACTION PENDING DECISION ON MOTION TO COMPEL** <br><br> Re: Dkt. No. 63 |

Pending before the Court is Defendants' Uber Technologies, Inc., Rasier, LLC, and Portier, LLC's motion to stay the action until the Court rules on Defendants' motion to compel arbitration. *See* Dkt. No. 63 ("Mot."). Plaintiffs opposed, *see* Dkt. No. 64 ("Opp."), and Defendants replied, *see* Dkt. No. 65 ("Reply"). The motion to stay is **GRANTED.**[1]

Defendants filed a motion to compel arbitration and to stay the action on September 14, 2018, *see* Dkt. No. 49, which was argued and submitted on December 20, *see* Dkt. No. 66.

"A district court has the inherent power to stay its proceedings." *Fuller v. Amerigas Propane, Inc.*, No. 09-2616 TEH, 2009 WL 2390358, at *1 (N.D. Cal. Aug. 3, 2009). The power to stay is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Id.* (internal quotation omitted).

Here, a short stay until the Court rules on Defendants' motion to compel arbitration and stay the action will promote economy of time and effort. *See Stiener v. Apple Computer, Inc.*, No. C 07-4486 SBA, 2007 WL 4219388, at *1 (N.D. Cal. Nov. 29, 2007); *Mahamedi IP Law, LLP v. Paradice & Li, LLP*, No. 5:16-CV-02805-EJD, 2017 WL 2727874, at *1 (N.D. Cal. Feb. 14,

---

[1] The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b).

2017) ("Courts routinely grant stays under similar circumstances.").

Accordingly, Defendants' motion to stay the action pending a decision on the motion to compel is **GRANTED.** All discovery shall be stayed until the Court issues a ruling on the motion to compel arbitration.

**IT IS SO ORDERED.**

Dated: 2/11/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge