AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| MICHAEL FRIDMAN, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:18-cv-02815-HSG |
| UBER TECHNOLOGIES, INC., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jake Lechner.

Date: 04/10/2019

/s/ Rachel E. Kaufman
*Attorney's signature*

Rachel E. Kaufman, Esq. (Cal. Bar No. 259353)
*Printed name and bar number*

KAUFMAN, P.A.
400 NW 26th St
Miami, FL 33127

*Address*

rachel@kaufmanpa.com
*E-mail address*

(305) 469-5881
*Telephone number*

*FAX number*