

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL FRIDMAN; DANNY GESEL REZNIK FRIDMAN,

        Plaintiffs-Appellants,

 and

JAKE LECHNER,

        Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; et al.,

        Defendants-Appellees.

No.   19-15892

D.C. No. 4:18-cv-02815-HSG
Northern District of California, Oakland

ORDER

Before:  CLIFTON, N.R. SMITH, and FRIEDLAND, Circuit Judges.

    A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule).

    This action remains pending before the district court.  Although the district court dismissed Michael Fridman and Danny Gesel Reznik Fridman, it did not enter judgment as to these plaintiffs, nor did the district court certify this order for

SM/MOATT

immediate appeal pursuant to Federal Rule of Civil Procedure 54(b).  *See Frank Briscoe Co., Inc. v. Morrison-Knudsen Co., Inc.*, 776 F.2d 1414, 1416 (9th Cir. 1985) (order disposing of fewer than all claims or parties is not appealable absent express determination from district court that there is no just reason for delay under Rule 54(b)).

Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**