UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL FRIDMAN and DANNY GESEL REZNIK FRIDMAN, <br><br> Plaintiffs - Appellants, <br><br> and <br><br> JAKE LECHNER, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; et al., <br><br> Defendants - Appellees. | No. 19-15892 <br><br> D.C. No. 4:18-cv-02815-HSG <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered June 27, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7