Daniel C. Girard (State Bar No. 114826)
Angelica M. Ornelas (State Bar No. 285929)
Simon S. Grille (State Bar No. 294914)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4800
dgirard@girardsharp.com
aornelas@girardsharp.com
sgrille@girardsharp.com

Rachel E. Kaufman
Avi R. Kaufman
Kaufman P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com
Email: rachel@kaufmanpa.com

Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7315
Facsimile: (415) 268-7522
tcheung@mofo.com

Adam J. Hunt
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 336-4341
Facsimile: (212) 468-7900
AdamHunt@mofo.com

*Attorneys for Defendants*

[additional counsel on signature page]

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL FRIDMAN**, **DANNY GESEL REZNIK FRIDMAN**, and **JAKE LECHNER**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> **UBER TECHNOLOGIES, INC.**, a Delaware corporation, **RASIER, LLC**, a Delaware limited liability company, and **PORTIER, LLC**, a Delaware limited liability company, <br><br> *Defendants*. | Case No. 4:18-cv-02815-HSG-JSC <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)** |

Plaintiff Jake Lechner and Defendants Uber Technologies, Inc., Rasier, LLC, and Portier, LLC ("Defendants") hereby agree to the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1(ii), with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 28, 2019            */s/ Rachel E. Kaufman*
                                   Rachel E. Kaufman (SBN 259353)
                                   Avi R. Kaufman*
                                   Kaufman P.A.
                                   400 NW 26th Street
                                   Miami, Florida 33127
                                   Telephone: (305) 469-5881
                                   Email: kaufman@kaufmanpa.com
                                   Email: rachel@kaufmanpa.com

                                   David S. Ratner, Esq. (SBN 316267)
                                   David Ratner Law Firm, LLP
                                   33 Julianne Court
                                   Walnut Creek, CA 94595
                                   Telephone: (415) 817-1200
                                   Fax: (925) 891-3818
                                   Email: david@davidratnerlawfirm.com

                                   Stefan Coleman*
                                   Law Offices of Stefan Coleman, P.A.
                                   201 South Biscayne Blvd, 28th Floor
                                   Miami, Florida 33131
                                   Telephone: (877) 333-9427
                                   Fax: (888) 498-8946
                                   Email: law@stefancoleman.com

                                   Daniel C. Girard (State Bar No. 114826)
                                   Angelica M. Ornelas (State Bar No. 285929)
                                   Simon S. Grille (State Bar No. 294914)
                                   **GIRARD SHARP LLP**
                                   601 California Street, Suite 1400
                                   San Francisco, California 94108
                                   Telephone: (415) 981-4800

Facsimile: (415) 981-4800
*dgirard@girardsharp.com*
*aornelas@ girardsharp.com*
*sgrille@girardsharp.com*

*Counsel for Plaintiff Lechner and all others similarly situated*

*Admitted pro hac vice

Dated:  October 28, 2019          By:      /s/ Tiffany Cheung
                                 Tiffany Cheung
                                 Morrison & Foerster LLP
                                 425 Market Street
                                 San Francisco, California 94105
                                 Telephone:  (415) 268-7315
                                 Facsimile:  (415) 268-7522
                                 tcheung@mofo.com

                                 Adam J. Hunt, *pro hac vice*
                                 Morrison & Foerster LLP
                                 250 West 55th Street
                                 New York, New York 10019-9601
                                 Telephone: (212) 336-4341
                                 Facsimile: (212) 468-7900
                                 AdamHunt@mofo.com

                                 *Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, and Portier, LLC*

Joint Stipulation of Dismissal
CASE NO. 4:18-cv-02815-HSG
                                 -3-

1

**[PROPOSED] ORDER**

2         This matter is before the Court on the Parties' Stipulation and [Proposed] Order, IT IS

3  HEREBY ORDERED that this action is dismissed in its entirety without prejudice pursuant to

4  Federal Rule of Civil Procedure 41(a)(1)(ii).

5

6

7  **IT IS SO ORDERED.**

8

9  DATED: _____, 2019                  _____

                                                  Honorable Haywood S. Gilliam, Jr.
10                                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Joint Stipulation of Dismissal
    CASE NO. 4:18-cv-02815-HSG
28                                        -4-

**ATTESTATION**

I, Rachel Kaufman, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(ii). I attest under penalty of perjury that concurrence in this filing has been obtained from all signatories above.

Dated:  October 28, 2019                                                  */s/Rachel E. Kaufman*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                  */s/ Rachel E. Kaufman*
                                                  Rachel E. Kaufman

Joint Stipulation of Dismissal
CASE NO. 4:18-cv-02815-HSG