Daniel C. Girard (State Bar No. 114826)
Angelica M. Ornelas (State Bar No. 285929)
Simon S. Grille (State Bar No. 294914)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4800
*dgirard@girardsharp.com*
*aornelas@girardsharp.com*
*sgrille@girardsharp.com*

Rachel E. Kaufman
Avi R. Kaufman
Kaufman P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com
Email: rachel@kaufmanpa.com

[additional counsel on signature page]

*Attorneys for Plaintiffs*

Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7315
Facsimile: (415) 268-7522
tcheung@mofo.com

Adam J. Hunt
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 336-4341
Facsimile: (212) 468-7900
AdamHunt@mofo.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL FRIDMAN**, **DANNY GESEL REZNIK FRIDMAN**, and **JAKE LECHNER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>**UBER TECHNOLOGIES, INC.**, a Delaware corporation, **RASIER, LLC**, a Delaware limited liability company, and **PORTIER, LLC**, a Delaware limited liability company,<br><br>*Defendants*. | Case No. 4:18-cv-02815-HSG<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**; Order |

Plaintiff Jake Lechner and Defendants Uber Technologies, Inc., Rasier, LLC, and Portier, LLC ("Defendants") hereby agree to the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1(ii), with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 28, 2019

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman (SBN 259353)
Avi R. Kaufman*
Kaufman P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com
Email: rachel@kaufmanpa.com

David S. Ratner, Esq. (SBN 316267)
David Ratner Law Firm, LLP
33 Julianne Court
Walnut Creek, CA 94595
Telephone: (415) 817-1200
Fax: (925) 891-3818
Email: david@davidratnerlawfirm.com

Stefan Coleman*
Law Offices of Stefan Coleman, P.A.
201 South Biscayne Blvd, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
Fax: (888) 498-8946
Email: law@stefancoleman.com

Daniel C. Girard (State Bar No. 114826)
Angelica M. Ornelas (State Bar No. 285929)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800

Joint Stipulation of Dismissal
CASE NO. 4:18-cv-02815-HSG

-2-

Facsimile: (415) 981-4800
dgirard@girardsharp.com
aornelas@ girardsharp.com
sgrille@girardsharp.com

*Counsel for Plaintiff Lechner and all others similarly situated*

\*Admitted *pro hac vice*

Dated: October 28, 2019          By:   /s/ Tiffany Cheung
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7315
Facsimile: (415) 268-7522
tcheung@mofo.com

Adam J. Hunt, *pro hac vice*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 336-4341
Facsimile: (212) 468-7900
AdamHunt@mofo.com

*Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, and Portier, LLC*

# [PROPOSED] ORDER

This matter is before the Court on the Parties' Stipulation and [Proposed] Order, IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

**IT IS SO ORDERED.**

DATED: __10/31/2019__

Honorable Haywood S. Gilliam, Jr.
United States District Judge